IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leslie Perlman
    Debtor

Select Portfolio Servicing, Inc., as Loan             CHAPTER 13
Servicing Agent for DLJ Mortgage Capital,
Inc.,             BANKRUPTCY NO.
    Movant             06-14151 (ELF)
  v.

Leslie Perlman,
    Respondent

William C. Miller, Trustee
    Additional Respondent

## ORDER

AND NOW, this 18th day of Jan., 2007, at the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon failure of Debtor to comply with the terms and conditions set forth in the Stipulation entered as an Order of this Court on November 21, 2006, it is hereby ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 ("The Code"), 11 U.S.C. 362, is modified to allow Select Portfolio Servicing, Inc., as Loan Servicing Agent for DLJ Mortgage Capital, Inc. to proceed with, or to resume proceedings in mortgage foreclosure, including, but not limited to Sheriff's Sale of the "Mortgaged Premises" known as 349 Bloomfield Road, Warminster, PA 18974; and to take action, by suit or otherwise, in its own name or the name of its assignee or servicer, to secure possession of said premises.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and

                                                                      Eric L. Frank, U.S.B.J.

cc:  Attorney for Movant: Barbara A. Fein, Esquire
       Suite 100, 425 Commerce Drive, Fort Washington, PA 19034
    Debtor/Respondent: Leslie Perlman
       349 Bloomfield Road, Warminster, PA 18974
    Attorney for Debtor: Carol B. McCullough, Esquire
       530 West Street Road, Suite 201, Warminster, PA 18974
    William C. Miller
       111 S. Independence Mall, Suite 583, Philadelphia, PA 19106